IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. 3:20-CR-170 |
| JONATHAN MONTANEZ | Violation: 18 U.S.C. § 231(a)(3) |

**Civil Disorder**

The Grand Jury Charges:

On or about May 30, 2020, in the District of North Dakota,

JONATHAN MONTANEZ

did knowingly commit an act to obstruct, impede, and interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, which in any way or degree obstructed, delayed, or adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function;

In violation of Title 18, United States Code, Section 231(a)(3).

A TRUE BILL:

_____
Foreperson

_____
DREW H. WRIGLEY
United States Attorney

RML/vt