UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:20-cr-170 |
| | ) | |
| vs. | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| JONATHAN MONTANEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Jonathan Montanez, through counsel Assistant Federal Public Defender Christopher Lancaster, requests the Court apply § 2B1.1(a)(2) and a base offense level of six at the sentencing hearing on April 2, 2021.  Mr. Montanez will raise any relevant sentencing arguments at the sentencing hearing.

Dated this 29th day of March, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/   *Christopher J. Lancaster*
Christopher J. Lancaster
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
Federal Square, Second Floor
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org